NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**ON24, INC.,**
*Plaintiff-Appellant*

**v.**

**WEBINAR.NET, INC.,**
*Defendant-Cross-Appellant*

———————————

2025-1633, 2025-1717

———————————

Appeals from the United States District Court for the Northern District of California in No. 3:21-cv-07721-EMC, Judge Edward M. Chen.

———————————

**JUDGMENT**

———————————

NAGENDRA SETTY, Quinn Emanuel Urquhart & Sullivan, LLP, Seattle, WA, argued for plaintiff-appellant. Also represented by ALEX V. CHACHKES, Chachkes Law PLLC, Brooklyn, NY.

STEPHEN HEALY, Law Office of Stephen Healy, Petaluma, CA, argued for defendant-cross-appellant. Also represented by SEAN D. HEALY, CLAYTON MULLALY.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, PROST, and STARK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 30, 2026
Date

Jarrett B. Perlow
Clerk of Court